Mary RICE, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

No. WD 74157.

Missouri Court of Appeals,
Western District.

June 29, 2012.

Donald Petty, Liberty, MO, for Appellant.

Larry Ruhmann, Jefferson City, MO, for Respondent.

Before JOSEPH M. ELLIS, P.J., JAMES EDWARD WELSH, and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Mary Rice appeals the Labor and Industrial Relations Commission's decision denying her unemployment benefits. We affirm. Rule 84.16(b).